**George H. ZINN, Jr., Plaintiff,**

v.

**UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant.**

**No. 96–74332.**

United States District Court, E.D. Michigan, Southern Division.

Oct. 23, 1997.

Butzel Long by Keefe A. Brooks, Detroit, MI, for Plaintiff.

Eggenberger, Eggenberger, McKinney, Weber & Hofmeister, P.C. by Thomas Paxton, Detroit, MI, for Defendant.

*STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND VACATING OPINION AND ORDER REGARDING PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT DATED SEPTEMBER 29, 1997*

ROSEN, District Judge.

Pursuant to the stipulation of the parties endorsed hereon:

IT IS HEREBY ORDERED that this action shall be and is hereby dismissed, with prejudice, and without costs or attorneys fees to any party; and

IT IS FURTHER HEREBY ORDERED that the Court's Opinion and Order regarding Plaintiff's and Defendant's Motions for Summary Judgment dated September 29, 1997 shall be and are hereby vacated.